IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA M. SMITH, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 2:19-cv-00034-SGC |
| BMW FINANCIAL SERVICES N.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

Summons in a Civil Action

To: (*Defendant's name and address*)

**BMW FINANCIAL SERVICES, N.A., INC.**
C T Corporation Systerm
2 North Jackson Street, Suite 605
Montgomery, AL 36104

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Whitney Seals, Esq.
**Cochrun & Seals, LLC**
P.O. Box 10448
Birmingham, AL 35202
(205) 323-3900

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 1/24/19

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203